STATE OF NEW JERSEY v. WILLIAM ZEE.

June 21, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. KARL B. ZEBE.

June 21, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. TYRONE STOVAL.

June 21, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. BOBBY LLOYD.

June 21, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. CLARENCE JENKINS.

June 21, 1988.

Petition for certification denied.